# Order

**Michigan Supreme Court**
**Lansing, Michigan**

February 27, 2006

Clifford W. Taylor,
Chief Justice

128955
(66)
(67)

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

PATRICIA L. CZYZYK,
                Plaintiff-Appellee,

v

                                          SC: 128955
                                          COA: 253126
                                          Kent CC: 03-003007-CZ

JOAN L. IRONS,
                Defendant-Appellant.

_____/

       On order of the Court, the motion for reconsideration of this Court's order of December 27, 2005 is considered, and it is DENIED, because it does not appear that the order was entered erroneously. The motion for stay pending reconsideration is DENIED as moot.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

February 27, 2006                               _____
                                                   Clerk

l0221